UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD KUHN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-4498** |
| **WARDEN, RAYBURN CORRECTIONAL CENTER** | **SECTION "I"(4)** |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the objection by plaintiff, Richard Kuhn, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that Richard Kuhn's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 18th day of October, 2018.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**